# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DENNIS LYNN LARAMORE, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:19-cv-2306-NCC |
| ZACHARY JACOBSEN, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon a notice filed by plaintiff Dennis Laramore. Therein, plaintiff indicates he initiated this case by mistake, and he asks the Court to dismiss his case without prejudice. The Court construes plaintiff's filing as a notice of voluntary dismissal filed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and will order the dismissal of this case, without prejudice. This dismissal will not count as a "strike" under 28 U.S.C. § 1915(g).

Plaintiff also asks the Court to return his original documents to him. This request will be denied. By letter dated August 5, 2019, the Clerk of Court advised plaintiff that his complaint had been received and filed. Enclosed with that letter were copies of all documents plaintiff filed when he initiated this case. According to this Court's Administrative Procedures, pro se litigants are required to submit all documents for filing in paper format, and the Clerk's Office "will convert all pro se documents into electronic format for filing, and will retain the paper documents in chronological order." ADMINISTRATIVE PROCEDURES FOR CASE MANAGEMENT/ELECTRONIC CASE FILING at p. 15. Therefore, plaintiff has already been provided with copies of the documents he filed in this case, and the Court will not return any original paper documents to him. If plaintiff wishes to receive additional copies, he must prepay for them at the rate of fifty cents ($.50) per page. To assist him, the Clerk of Court will be directed to

send him a copy of the docket sheet.

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED**, without prejudice. A separate order of dismissal will be entered herewith.

**IT IS FURTHER ORDERED** that the Clerk shall mail to plaintiff a copy of the docket sheet.

Dated this 15th day of August, 2019.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE